01/2012

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

IN RE:                                              )
    Landa Bidan                             )   Case No. 12-20068
                                                    )   Chapter 7
                                                    )
    Debtor(s)                                )

## DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re:   __Amended Statement of Financial Affairs__
      (Specify Document)

I (We), **Landa Bidan** and , the undersigned individual(s), hereby declare under penalty of perjury that I have reviewed the **Amended Statement of Financial Affairs** being filed simultaneously with this Declaration and that the information therein is true and correct.

**Landa Bidan**
Printed or Typed Name of Debtor or Other Person         Printed or Typed Name of Joint Debtor

_/s/ Landa Bidan_
Signature of Debtor or Other Person                     Signature of Joint Debtor

**May 25, 2012**                                        **May 25, 2012**
Date                                                    Date